IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OTIS DURR**                                                                                              **PLAINTIFF**

**v.**                                          **Case No. 4:12-cv-272-KGB**

**SHALON DAVIS, MANAGER AT WORLEY'S
PLACE APARTMENTS; ELDERLY HOUSING
DEVELOPMENT AND OPERATIONS CORPORATION;
AND JACKSONVILLE GARDENS, INC.**                                           **DEFENDANTS**

**ORDER**

Before the Court is defendants' motion to compel the production of documents from the United States Postal Service ("USPS") (Dkt. No. 15). There has been no response. Following a hearing on January 16, 2013, the Court took the motion under advisement. The motion to compel is granted pursuant to Fed. R. Civ. P. 45(c)(2)(B)(i). The USPS is ordered to produce the following information or documentation within 60 days of the date of this Order: (1) the home address provided to USPS by Marylene Murrel for the period January 1, 2009, to present; (2) a listing of Ms. Murrel's spouses, fiancés, significant others, etc., and emergency contacts she provided USPS for the period January 2009 to the present; (3) Ms. Murrel's USPS employment application; and (4) Ms. Murrel's résumé. By this Order, the Court is directing the USPS to comply with the subpoena *duces tecum* issued out of this Court dated October 25, 2012, within 60 days of the date of this Order (*See* Dkt. No. 15-1, at 3-5).

By separate order, the Court will enter the protective order proposed by defendants, with slight modifications. All documents and information produced by the USPS pursuant to the order regarding Ms. Murrel shall be produced as protected information subject to that protective order.

Also, defendants are directed to file a substituted motion to compel production of documents that redacts Ms. Murrel's personal information in accordance with Fed. R. Civ. P. 5.2(a) within seven days of the date of this Order. After defendants submit the substituted motion that complies

with Fed. R. Civ. P. 5.2(a), the Clerk of Court is directed to remove Dkt. No. 15 from the public record and replace it with the substituted motion.

SO ORDERED this the 21st day of February, 2013.

_____
Kristine G. Baker
United States District Judge