**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**OTIS DURR**                                                                          **PLAINTIFF**

**v.**                               **Case No. 4:12-cv-00272-KGB**

**SHALON DAVIS, MANAGER AT WORLEY'S
PLACE APARTMENTS; ELDERLY HOUSING
DEVELOPMENT AND OPERATIONS CORPORATION;
AND JACKSONVILLE GARDENS, INC.**                          **DEFENDANTS**

## ORDER

The parties have filed a joint stipulation for dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 37). Accordingly, this action is dismissed with prejudice. Each party shall bear its own costs, attorney's fees, and expenses.

SO ORDERED this 14th day of August, 2013.

_____
Kristine G. Baker
United States District Judge